No. 933 December 26, 2024 89

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DONALD JAMES MICHAEL BONINE,
*Defendant-Appellant.*

Lane County Circuit Court
20CR13294; A182638

Charles M. Zennaché, Judge.

Submitted November 8, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Shawn Wiley, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant was convicted of one count of first-degree unlawful sexual penetration, ORS 163.411 (Count 1), and two counts of using a child in a display of sexually explicit conduct, ORS 163.670 (Counts 3 and 5). In a nonprecedential decision, we reversed defendant's conviction on Count 5, remanded for resentencing, and otherwise affirmed. *State v. Bonine*, 326 Or App 662, 667 (2023) (nonprecedential memorandum opinion). On remand, after a resentencing hearing, the trial court imposed a sentence of 300 months in prison on Count 1 and a concurrent sentence of 70 months in prison on Count 3. Defendant appeals and his counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).